IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| Creative Tunings, Inc., | Case No.: 21-cv-00328 |
| Plaintiff, | |
| v. | Judge: Hon. Gary Feinerman |
| Doe 1 Suzhou Ariose Musical Instrument Co., Ltd., et al., | |
| | Magistrate: Hon. Maria Valdez |
| Defendants. | |

## VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notifies this Court that the Plaintiff voluntarily dismisses **with prejudice** any and all claims against the following defendants after reaching settlement:

| Doe # | Seller Name | Seller ID |
|---|---|---|
| 33 | Well Music Store | 5254149 |
| 323 | ccbebpjk | 5e61c2d629e7866644a90c8f |
| 266 | anglai_sh | 57c576faa79bd63d83454305 |
| 267 | careforyou2016 | 57c6d22ef65ec51c6c54637 |
| 281 | cn_online | 58fdf33c281c0811921768db |
| 262 | Timothy | 56ebcaeee652e91fcea6aaa8 |
| 263 | MRRobinson | 577a27a24ddfaf747ffe0e4f |
| 269 | Sllxg shine | 580e042f6c20db19a682ceb2 |

Dated: May 13, 2021

Respectfully submitted,

By: /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com